# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| FREDERICK PERRY, | : | CIVIL NO. 3:17-cv-1682 |
| Petitioner | : | |
| | : | (Judge Munley) |
| v. | : | |
| WARDEN, FCI ALLENWOOD LOW, | : | |
| Respondent | : | |

## ORDER

**AND NOW**, to wit, this 30th day of November 2017, upon consideration of the petition for writ of habeas corpus (Doc. 1) pursuant to 28 U.S.C. § 2241, and in accordance with the Court's Memorandum of the same date, it is hereby **ORDERED** that:

1. The Petition for Writ of Habeas Corpus (Doc. 4) is DISMISSED for lack of jurisdiction without prejudice to Petitioner to seek permission from the Seventh Circuit to file a successive Section 2255 motion.

2. The Clerk of Court is directed to NOTIFY the Petitioner.

3. The Clerk of Court is further directed to CLOSE this case.

BY THE COURT:

s/James M. Munley
**JUDGE JAMES M. MUNLEY**
**United States District Court**